# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 365TH JUDICIAL DISTRICT COURT OF DIMMIT COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 29, 2014, the cause upon appeal to revise or reverse your judgment between

Lightning Oil Co., Appellant

V.

Anadarko E&P Onshore LLC f/k/a Anadarko E&P Co. LP, Appellee

No. 04-14-00152-CV and Tr. Ct. No. 14-01-12171-DCVAJA

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that costs of appeal be assessed against appellant Lightning Oil Company.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 19, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00152-CV

**Lightning Oil Co.**

**v.**

**Anadarko E&P Onshore LLC f/k/a Anadarko E&P Co. LP**

(NO. 14-01-12171-DCVAJA IN 365TH JUDICIAL DISTRICT COURT OF DIMMIT COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| CLERK'S RECORD | $451.00 | PAID | DAVID A. PALMER |
| MOTION FEE | $30.00 | E-PAID | BRUCE SPINDLER |
| MOTION FEE | $10.00 | E-PAID | SHAYNES MOSES |
| MOTION FEE | $10.00 | E-PAID | BRUCE SPINDLER |
| CLERK'S RECORD | $365.00 | PAID | |
| REPORTER'S RECORD | $1,181.55 | E-PAID | LANGLEY & BANACK, INC. |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | BRUCE SPINDLER |
| FILING | $100.00 | E-PAID | BRUCE SPINDLER |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | BRUCE SPINDLER |
| INDIGENT | $25.00 | E-PAID | BRUCE SPINDLER |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this October 19, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853